# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Erik K. Prunczik                                      CHAPTER 13

Debtor(s)

BKY. NO. 25-21401 JAD

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Federal Home Loan Mortgage Corporation, as Trustee for Freddie Mac SLST 2022-1 Participation Interest Trust and index same on the master mailing list.

Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
02 Jun 2025, 16:14:57, EDT

| | |
|---|---|
| Denise Carlon, Esq. (317226) | ☐ |
| Matthew Fissel, Esq. (314567) | ☑ |

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: b69ea71b4dc72d13df217970804897b36054184f7ad32c8a79e69426ffc47dcf