IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | Case No. 25-21401-JAD |
| Erik K. Prunczik ) | Chapter 13 |
| Debtor ) | Document No. __ |
| Erik K. Prunczik ) | |
| Movant ) | |
| v. ) | |
| No Respondent ) | |

# EMPLOYEE INCOME RECORDS

I, Erik K. Prunczik, hereby affirm and attest that I was unemployed for the six month period prior to the case filing. I have secured employment with C W Carlson Construction on April 23, 2025 and have attached my 1st pay stub to verify my present income.

I certify under the penalty of perjury that the above is true and correct.

Signature(s)

Date: May 29, 2025

/s/ Erik K. Prunczik
Erik K. Prunczik    (Debtor)

C. W. Carlson Construction Inc.
Pittsburgh, PA 15234

Erik Prunczik
139 North Vired drive
Pittsburgh, PA 15136

Direct Deposit

| Employee Pay Stub | | Check number: | | | Pay Period: 04/24/2025 - 04/30/2025 | Pay Date: 05/09/2025 |
|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | |
| Erik Prunczik, 139 North Vired drive, Pittsburgh, PA 15136 | | | | | ***-**-1881 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | Amount |
|---|---|---|---|---|---|---|
| Hourly | 40:00 | 25.00 | 1,000.00 | 1,000.00 | Checking - *****3500 | 531.10 |
| **Taxes** | | | **Current** | **YTD Amount** | **Memo** | |
| Medicare Employee Addl Tax | | | 0.00 | 0.00 | Direct Deposit | |
| City of Pgh | | | -30.00 | -30.00 | | |
| Federal Withholding | | | -81.00 | -81.00 | | |
| Social Security Employee | | | -62.00 | -62.00 | | |
| Medicare Employee | | | -14.50 | -14.50 | | |
| PA - Withholding | | | -30.70 | -30.70 | | |
| PA - Unemployment Employee | | | -0.70 | -0.70 | | |
| | | | -218.90 | -218.90 | | |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** | | |
| Employee Advance Deduction | | | -250.00 | -250.00 | | |
| **Net Pay** | | | **531.10** | **531.10** | | |

C. W. Carlson Construction Inc., Pittsburgh, PA 15234, C W CARLSON CONSTRUCTION INC

Powered by **Intuit Payroll**