UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                  Bankr. Case No. 25-21401-JAD-13

Erik K. Prunczik                                                                                                         Chapter 13
    Debtor(s)

### REQUEST FOR NOTICE

   Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

      AmeriCredit Financial Services, Inc. dba GM Financial
      PO Box 183853
      Arlington, TX  76096

By  /s/   Mandy Youngblood

   Mandy Youngblood
   PO Box 183853
   Arlington, TX  76096
   877-203-5538
   877-259-6417
   Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                          Bankr. Case No. 25-21401-JAD-13

Erik K. Prunczik                                                                          Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was sent via first class mail to, or served electronically on, the following individuals on August 11, 2025 :

| | |
|---|---|
| Bryan P. Keenan | Ronda Winnecour |
| 993 Greentree Road | 600 Grant Street |
| Suite 200 | Suite 3250 USX Tower |
| Pittsburgh, PA 15220 | Pittsburgh, PA 15219 |

By /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx22191 / 1113875